# ATTACHMENT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARNISHA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALENTBURST, INC., a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,<br><br>Defendants. | No.<br><br>LOCAL RULE 101 CERTIFICATE OF SERVICE |

In accordance with Local Civil Rule 101(b)(2), Seattle Food Partners LLC states the following are all counsel who have appeared in the state court action removed to this Court:

Cassandra W. Lenning, WSBA #54336
Danielle E. Kim, WSBA #54154
Adarsh N. Parthasarathy, WSBA #62319
Bibiyan Law Group, P.C.
Columbia Center
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
clenning@tomorrowlaw.com
dkim@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com
Counsel for Plaintiff



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Matthew Coughlan, WSBA #56583
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: (206) 623-3300
Facsimile: (206) 447-6965
mcoughlan@littler.com
Counsel for Defendant Neutron Holdings, Inc.

Alaya B. Meyers, WSBA #65617
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612-2535
Telephone: (949) 705-3000
Facsimile: (949) 724-1201
ameyers@littler.com
Counsel for Defendant Neutron Holdings, Inc.

Peter H. Nohle, WSBA #35849
Sungeun Julie Kim, WSBA #57175
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 626-6436
Facsimile (206) 405-4450
Peter.Nohle@jacksonlewis.com
Julie.Kim@jacksonlewis.com
Counsel for Defendant TalentBurst, Inc.

DATED this 4th day of November, 2026.

JACKSON LEWIS P.C.

By: *s/ Peter H. Nohle*

Peter H. Nohle, WSBA #35849
Telephone (206) 626-6436
Sungeun Julie Kim, WSBA #57175
Telephone (206) 626-6435
520 Pike Street, Suite 2300
Seattle, WA 98101
Peter.Nohle@jacksonlewis.com
Julie.Kim@jacksonlewis.com

Counsel for Defendant TalentBurst, Inc.

4909-6029-1294, v. 1



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404