# ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARNISHA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALENTBURST, INC., a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,<br><br>Defendants. | No.<br><br>DEFENDANT NEUTRON HOLDINGS, INC.'S CONSENT TO REMOVAL<br><br>(from King County Superior Court, Case No. 26-2-32020-9 SEA) |

1. Defendant Neutron Holdings, Inc. ("Neutron") was served with the Summons and Complaint in the above-captioned action, originally filed in the Superior Court of the State of Washington for the County of King, Case No. 26-2-32020-9 SEA, on October 5, 2026.

2. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Neutron hereby consents to and joins in the removal of this action to the United States District Court for the Western District of Washington at Seattle, as set forth in the Notice of Removal filed by Defendant TalentBurst, Inc.

3. Neutron is a corporation incorporated under the laws of the State of Delaware with its principal place of business in San Francisco, California. Neutron is not a citizen of the State of Washington.



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

4. By consenting to removal, Neutron does not waive, and expressly reserves, all defenses, objections, and motions available under state or federal law, including without limitation defenses based on lack of personal jurisdiction, improper or insufficient process or service of process, failure to state a claim, liability as a co- or joint-employer, the existence of any agreement to arbitrate, and any objection to class treatment. Nothing in this Consent constitutes an admission of any allegation in the Complaint or of any liability.

DATED this 4th day of November, 2026.

LITTLER MENDELSON, P.C.

By: *s/ Matthew Coughlan*

Matthew Coughlan, WSBA #56583
Telephone (206) 623-3300
One Union Square
600 University Street, Suite 2300
Seattle, WA 98101
mcoughlan@littler.com

Counsel for Defendant Neutron Holdings, Inc.