IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARNISHA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALENTBURST, INC., a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:26-cv-04276<br><br>DEFENDANT TALENTBURST INC.'S CORPORATE DISCLOSURE STATEMENT UNDER FRCP 7.1 AND LCR 7.1<br><br>(from King County Superior Court, Case No. 26-2-32020-9 SEA) |

Under Federal Rule of Civil Procedure 7.1 and LCR 7.1, Defendant TalentBurst, Inc. hereby state as follows:

Defendant TalentBurst, Inc. is a direct, wholly owned subsidiary of Boston India Holdings, Inc., a privately held Delaware corporation. No publicly held corporation owns 10% or more of TalentBurst's stock. TalentBurst is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Natick, Massachusetts. Accordingly, for purposes of 28 U.S.C. § 1332(c)(1), TalentBurst is a citizen of Delaware and Massachusetts.



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 4th day of November, 2026.

JACKSON LEWIS P.C.

By: *s/ Peter H. Nohle*

Peter H. Nohle, WSBA #35849
Telephone (206) 626-6436
Sungeun Julie Kim, WSBA #57175
Telephone (206) 626-6435
520 Pike Street, Suite 2300
Seattle, WA 98101
Peter.Nohle@jacksonlewis.com
Julie.Kim@jacksonlewis.com

Counsel for Defendant TalentBurst, Inc.

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

Cassandra W. Lenning, WSBA #54336
Danielle E. Kim, WSBA #54154
Adarsh N. Parthasarathy, WSBA #62319
Bibiyan Law Group, P.C.
Columbia Center
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
Email: clenning@tomorrowlaw.com
dkim@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com

Counsel for Plaintiff

☒ via CM/ECF System
☒ via Electronic Mail
☒ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: ______________________

Matthew Coughlan, WSBA #56583
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: (206) 623-3300
Facsimile: (206) 447-6965
Email: mcoughlan@littler.com

☒ via CM/ECF System
☒ via Electronic Mail
☒ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: ______________________

Alaya B. Meyers, WSBA #65617
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612-2535
Telephone: (949) 705-3000
Facsimile: (949).724-1201
Email: ameyers@littler.com

Counsel for Defendant Neutron Holdings, Inc.

☒ via CM/ECF System
☒ via Electronic Mail
☒ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: ______________________

DATED this 4th day of November, 2026.

______________________________
Tanya Stewart



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404