IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARNISHA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALENTBURST, INC., a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:26-cv-04276<br><br>VERIFICATION OF STATE COURT RECORDS<br><br>(from King County Superior Court, Case No. 26-2-32020-9 SEA) |

Under Local Civil Rule 101(c), Defendant TalentBurst, Inc., by and through its undersigned attorneys, state that the following documents were filed as of the time of removal in King County Superior Court, which the state court designated as Case No. 26-2-32020-9 SEA, and are attached as **Attachment A**:

1. Class Action Complaint (attached to Defendants' Notice of Removal, previously filed at Dkt. No. 1, Exhibit A)
2. Order Setting Civil Case Schedule;
3. Case Information Cover Sheet and Area Designation;
4. Summons;



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

5. Affidavit / Declaration / Certificate of Service - Served
6. Affidavit / Declaration / Certificate of Service - Served
7. Notice of Appearance of Peter H. Nohle;
8. Notice of Appearance of Sungeun Julie Kim; and
9. Notice of Appearance of Matthew Coughlan and Alaya B. Meyers.

The undersigned hereby certifies that the documents submitted with this Verification constitute true and complete copies of all the records and proceedings in the state court proceeding

DATED this 4th day of November, 2026.

JACKSON LEWIS P.C.

By: *s/ Peter H. Nohle*
Peter H. Nohle, WSBA #35849
Telephone (206) 626-6436
Sungeun Julie Kim, WSBA #57175
Telephone (206) 626-6435
520 Pike Street, Suite 2300
Seattle, WA 98101
Peter.Nohle@jacksonlewis.com
Julie.Kim@jacksonlewis.com

Counsel for Defendant TalentBurst, Inc.

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Cassandra W. Lenning, WSBA #54336<br>Danielle E. Kim, WSBA #54154<br>Adarsh N. Parthasarathy, WSBA #62319<br>Bibiyan Law Group, P.C.<br>Columbia Center<br>701 5th Ave., 42nd Floor<br>Seattle, WA 98104<br>Telephone: (206) 225-2043<br>Email: clenning@tomorrowlaw.com<br>dkim@tomorrowlaw.com<br>aparthasarathy@tomorrowlaw.com<br><br>Counsel for Plaintiff | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☒ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: ______________________ |
| Matthew Coughlan, WSBA #56583<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Telephone: (206) 623-3300<br>Facsimile: (206) 447-6965<br>Email: mcoughlan@littler.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☒ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: ______________________ |
| Alaya B. Meyers, WSBA #65617<br>LITTLER MENDELSON, P.C.<br>18565 Jamboree Road, Suite 800<br>Irvine, CA 92612-2535<br>Telephone: (949) 705-3000<br>Facsimile: (949).724-1201<br>Email: ameyers@littler.com<br><br>Counsel for Defendant Neutron Holdings, Inc. | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☒ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: ______________________ |

DATED this 4th day of November, 2026.



______________________________
Tanya Stewart



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404