**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 5, 2026

**WHEELER V. TALENTBURST INC ET AL**
Case # 2:26−cv−04276−MLP

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Attorney Admission**
Counsel Alaya B. Meyers is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206−370−8400 or WAWD_Admissions@wawd.uscourts.gov.

***Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.***

Thank you.

cc: file