The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

CARNISHA WHEELER, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

TALENTBURST, INC, a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-04276-MLP

**DEFENDANT NEUTRON HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule Civil Procedure 7.1(a), Local Court Rule 7.1 and this Court's November 5, 2026 Notice, Defendant NEUTRON HOLDINGS, INC., by its counsel of record, hereby provides the following Corporate Disclosure Statement:

Defendant is a Delaware Corporation with its principal place of business in San Francisco, California. Defendant is a publicly traded corporation on the NASDAQ exchange (Ticker Symbol: Lime). No publicly traded corporation owns 10% or more of the stock of Neutron Holdings, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.



LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WASHINGTON 98101.3122
206.623.3300

Dated: November 12, 2026

*/s/ Matthew Coughlan*

Matthew Coughlan, WSBA Bar No. 56583
mcoughlan@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendant
NEUTRON HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On November 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

| | Attorneys for Plaintiff | Attorneys for Defendant TalentBurst, Inc. |
|---|---|---|
| | Cassandra W. Lenning, WSBA #54336<br>Danielle E. Kim, WSBA #54154<br>Adarsh N. Parthasarathy, WSBA #62319<br>BIBIYAN LAW GROUP, P.C.<br>1460 Westwood Blvd.<br>Los Angeles, CA 90024<br>Tel: 310-438-5555<br>Fax: 310-300-1705<br>clenning@tomorrowlaw.com<br>dkim@tomorrowlaw.com<br>aparthasarathy@tomorrowlaw.com | Peter H. Nohle, WSBA #35849<br>Sungeun Julie Kim, WSBA #57175<br>JACKSON LEWIS P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Peter.nohle@jacksonlewis.com<br>Julie.kim@jacksonlewis.com |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the above is true and correct.

Executed on November 12, 2026, at Seattle, Washington.

*/s/ Katie Strobel*
Katie Strobel, Attorney Practice Assistant
kstrobel@littler.com
**LITTLER MENDELSON, P.C.**

4916-3265-8656.1 / 129700.1080