THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARNISHA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALENTBURST, INC., a Delaware corporation authorized to do business in the State of Washington; NEUTRON HOLDINGS, INC., a Delaware corporation authorized to do business in the State of Washington; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:26-cv-04276-MLP<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEFENDANT TALENTBURST, INC.'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>NOTE ON MOTION CALENDAR: November 12, 2026 |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rules 7(d)(1) and 10(g), Plaintiff Carnisha Wheeler ("Plaintiff") and Defendant TalentBurst, Inc. ("TalentBurst") (together, the "Parties"), by and through their undersigned counsel, stipulate and jointly move the Court for an order extending TalentBurst's deadline to answer or otherwise respond to Plaintiff's Complaint from November 12, 2026 to December 11, 2026. In support of this motion, the Parties state as follows:



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1. Plaintiff filed this action in the Superior Court of the State of Washington for King County, Case No. 26-2-32020-9 SEA, on October 1, 2026. TalentBurst was served on October 5, 2026.

2. On November 4, 2026, TalentBurst removed this action to this Court. Dkt. 1. On November 5, 2026, the case was assigned to United States Magistrate Judge Michelle L. Peterson. Dkt. 5.

3. Under Federal Rules of Civil Procedure 81(c)(2) and 6(a)(1)(C), TalentBurst's answer or other responsive pleading to the Complaint is currently due November 12, 2026.

4. The Parties are discussing whether Plaintiff will participate in a mediation scheduled in a related matter, *Stapleton v. TalentBurst, Inc., et al.*, Spokane County Superior Court Case No. 26203221-32. A brief extension will allow the Parties to complete those discussions and may conserve the resources of the Parties and the Court.

5. Good cause exists for the requested extension. The request is made before the existing deadline has expired, is not made for purposes of delay, and will not prejudice any party. This is the first extension sought in this Court of TalentBurst's deadline to respond to the Complaint. No other deadlines have been set in this matter.

6. This stipulation is without prejudice to, and does not waive, any of TalentBurst's rights, defenses, or objections, including without limitation its right to move to compel individual arbitration and to stay this action pending arbitration.

Accordingly, the Parties respectfully request that the Court enter an order extending TalentBurst's deadline to answer or otherwise respond to the Complaint to December 11, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**IT IS SO STIPULATED.**

DATED this 12th day of November, 2026.

**JACKSON LEWIS P.C.**

By: *s/ Sungeun Julie Kim*_______________
Peter H. Nohle, WSBA #35849
Sungeun Julie Kim, WSBA #57175
520 Pike Street, Suite 2300
Seattle, WA 98101
701 5th Ave., 42nd Floor
Telephone: (206) 405-0404
Peter.Nohle@jacksonlewis.com
Julie.Kim@jacksonlewis.com

Counsel for Defendant TalentBurst, Inc.

**BIBIYAN LAW GROUP, P.C**

By: *s/ Cassandra W. Lenning*_______________
Cassandra W. Lenning, WSBA #54336
Danielle E. Kim, WSBA #54154
Adarsh N. Parthasarathy, WSBA #62319
Columbia Center
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
clenning@tomorrowlaw.com
dkim@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com

Counsel for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. Defendant TalentBurst, Inc.'s deadline to answer or otherwise respond to Plaintiff's Complaint is extended to December 11, 2026.

DATED this 13th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404